**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 01-1560 ADM/AJB**

| | |
|---|---|
| Nikolas G. Famelis,<br><br>Plaintiff,<br><br>vs.<br><br>Mueller Mark P.C., a foreign corporation<br>Anna Mueller Mark, and<br>"Alex" Bond, individually<br><br>Defendants. | **NOTICE OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff, Nikolas G. Famelis, through his undersigned attorney, that pursuant to Rule 41, Subd. (a)(1) of the Fed. R. Civ. P., the above-entitled action against Defendants Mueller Mark P.C., Anna Mueller Mark, and "Alex" Bond, individually in the above-entitled matter, shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Respectfully submitted by,

**Slade Legal Services Corp.**

BY: ______________________
Nicholas P. Slade
Attorney for Plaintiff
Attorney I.D. #: 0270787
342 East County Road D.
Little Canada, MN 55117

FILED OCT 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**ORDER**

Based on thc above Notice for Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendant, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: 10/29/01

The Honorable U.S. District Judge Ann Montgomery
United States District Court